MARC APPLBAUM, ESQ., SBN# 222511
MIDWAY LAW FIRM APC
4275 Executive Square, Suite 200
La Jolla, CA 92037
Telephone: (877) 5-MIDWAY
Email: marc@midwaylawfirm.com

Attorneys for PLAINTIFF
Michael Mizrachi, Marina Mizrachi, and
Weedmayhem, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Mizrachi, Marina Mizrachi, Weedmayhem, Inc.<br><br>    Plaintiffs,<br><br>    vs.<br><br>Sardor Azimovich Abdullaev, Individually and dba Vivatex; Sarvar Azimzhanovich Abdullaev; Ilgar Hajiyev; Xcentric Ventures, LLC an Arizona LLC, dba badbusinessbureau.com dba RipoffReport.com; ScamGuard.com; Does 1-50, Inclusive,<br><br>    Defendants. | Case Number: 21-cv-02841-DMG<br><br>**EX PARTE APPLICATION TO ENLARGE TIME UNTIL APRIL 23, 2021 TO FILE RESPONSE TO OSC ON WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION; DECLARATION OF ATTORNEY MARC APPLBAUM; PROPOSED ORDER ATTACHED HERETO**<br><br>(DOCKET # 7) |

   PLAINTIFFS Michael Mizrachi Marina Mizrachi, Weedmayhem, Inc. through counsel pursuant to L.R 7-19 respectfully files its Ex Parte Application for an ORDER for an additional seven days until April 23, 2021to file its response on

-1-

the basis of counsel for PLAINTIFFS calendar in accordance to the April 9, 2021 Order.

WHEREFORE based on good cause, PLAINTIFFS requests an enlargement of time for the reasons as stated herein.

DATED: APRIL 16, 2021

                                                                            s/s Marc Applbaum

                                                                            Marc Applbaum, Esq.
MIDWAY LAW FIRM APC
Attorney for Plaintiffs
Michael Mizrachi, Marina Mizrachi, Weedmayhem, Inc.

MARC APPLBAUM, ESQ., SBN# 222511
MIDWAY LAW FIRM APC
4275 Executive Square, Suite 200
La Jolla, CA 92037
Telephone: (877) 5-MIDWAY
Email: marc@midwaylawfirm.com

Attorneys for Plaintiff
Michael Mizrachi, Marina Mizrachi, and
Weedmayhem, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Mizrachi, Marina Mizrachi, Weedmayhem, Inc.<br><br>           Plaintiffs,<br><br>      vs.<br><br>Sardor Azimovich Abdullaev, Individually and dba Vivatex; Sarvar Azimzhanovich Abdullaev; Ilgar Hajiyev; Xcentric Ventures, LLC an Arizona LLC, dba badbusinessbureau.com dba RipoffReport.com; ScamGuard.com; Does 1-50, Inclusive,<br><br>           Defendants. | Case Number: 21-cv-02841-DMG<br><br>**DECLARATION OF MARC APPLBAUM IN SUPPORT OF REQUEST FOR A SEVEN DAY ENLARGMENT OF TIME** |

-3-

I, Marc Applbaum, declare as follows:

1. I am the attorney that represents PLAINTIFFS in the above entitled cause number, am over the age of 18, licensed to practice law in California, competent, familiar with the facts and able to testify on all statements made herein.

2. Due to my current scheduling deadlines and emergency pleadings associated with a TRO, I am unable to file a response to the OSC until April 13, 2021.

3. It is my belief that no party will be prejudiced by a one week extension.

Under penalty of perjury under the laws of the United States, I attest that the foregoing statements are true and correct.

DATED: APRIL 16, 2021

s/s Marc Applbaum

Marc Applbaum, Esq.
MIDWAY LAW FIRM APC
Attorney for Plaintiffs
Michael Mizrachi, Marina Mizrachi, Weedmayhem, Inc.

| | |
|---|---|
| 1 | MARC APPLBAUM, ESQ., SBN# 222511 |
| 2 | MIDWAY LAW FIRM APC |
|   | 4275 Executive Square, Suite 200 |
| 3 | La Jolla, CA 92037 |
|   | Telephone: (877) 5-MIDWAY |
| 4 | Email: marc@midwaylawfirm.com |
| 5 | |
|   | Attorneys for PLAINTIFF |
| 6 | Michael Mizrachi, Marina Mizrachi, and Weedmayhem, Inc. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Mizrachi, Marina Mizrachi, Weedmayhem, Inc. | Case Number:  21-cv-02841-DMG |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS ENLARGEMENT OF TIME** |
| vs. | |
| Sardor Azimovich Abdullaev, Individually and dba Vivatex; Sarvar Azimzhanovich Abdullaev; Ilgar Hajiyev; Xcentric Ventures, LLC an Arizona LLC, dba badbusinessbureau.com dba RipoffReport.com; ScamGuard.com; Does 1-50, Inclusive, | |
| Defendants. | |

-5-

1  The Court having read PLAINTIFFS counsel Ex Parte Application to Enlarge Time until April 23, 2021 for good cause appearing.

**HEREBY ORDERS THAT**

PLAINTIFFS counsel has until April 23, 2021 to file a Response to the Court's OSC.

Dated:  April ____ 2021                              _____
                                                                          Honorable Dolly M. Gee