# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Mizrachi, Marina Mizrachi, Weedmayhem, Inc.<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>Sardor Azimovich Abdullaev, Individually and dba Vivatex; Sarvar Azimzhanovich Abdullaev; Ilgar Hajiyev; Xcentric Ventures, LLC an Arizona LLC, dba badbusinessbureau.com dba RipoffReport.com; ScamGuard.com; Does 1-50, Inclusive,<br><br>　　　　　Defendants. | Case No.: CV 21-2841-DMG (MAAx)<br><br>**ORDER GRANTING PLAINTIFFS ENLARGEMENT OF TIME [8]** |

The Court, having reviewed PLAINTIFF'S counsel's Ex Parte Application to Enlarge Time until April 23, 2021, for good cause appearing

**HEREBY ORDERS THAT**

PLAINTIFF'S counsel has until April 23, 2021 to file a Response to the Court's Order to Show Cause. Plaintiff's counsel is reminded of the Court's Initial Standing Order, which warns counsel to avoid submitting requests for extension less than five court days prior to the expiration of the scheduled date. [Doc. # 6 at 11]. Future untimely requests for continuances will not be granted.

DATED: April 22, 2021

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE